# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE M. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00451-MTS |
| | ) | |
| JOHN AND STEPHANIE INGRAM, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own Motion under Federal Rule of Civil Procedure 4(m).  The Court notes that Plaintiff has not filed proof of service in this matter.  *See* Fed. R. Civ. P. 4(c)(1) (providing that plaintiff is responsible for having the summons and complaint served on defendants within the time allowed by the rule); *id.* at 4(*l*) (requiring proof of service to be made to the court).  While two Defendants have appeared and seemingly waived or consented to service, two have not.  No later than **Friday, July 22, 2022**, Plaintiff must serve Defendant American Zurich Insurance Company and Defendant Quality Living Incorporated and file proof of service (or valid waiver of service) for both of these Defendants with the Court or show good cause for the failure to serve both of these Defendants.  Fed. R. Civ. P. 4(m); *see also Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996) ("In general, *pro se* representation does not excuse a party from complying with a court's orders and with the Federal Rules of Civil Procedure.").  Failure to do so will result in the dismissal of this action against both of these Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Friday, July 22, 2022**, Plaintiff shall serve Defendant American Zurich Insurance Company and Defendant Quality Living Incorporated and file proof of service (or valid waiver of service) for both of these Defendants with the Court or shall show good cause for the failure to serve both of these Defendants.

Dated this 11th day of July, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE